FILED

FEB 21 2024

U.S. DISTRICT COURT
ELKINS WV 26241

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** _____ 2:24cr3 _____ |
| **STACY LYNN CAVE,** | |
| **Defendant.** | **Violations:**   18 U.S.C. § 932(b)(1)<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Straw Purchase of Firearm)

On or about November 4, 2022, in Randolph County, in the Northern District of West Virginia, defendant **STACY LYNN CAVE**, did knowingly purchase a firearm, that is, a Radical Firearms model RF-15 .223 caliber rifle bearing serial number 2-038439, in and affecting interstate commerce, for, on behalf of, and at the request of D.S., a person known to the Grand Jury, knowing and having reasonable cause to believe that D.S. had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Section 932(b)(1).

## COUNT TWO

(False Statement in Connection with the Acquisition of a Firearm)

On or about November 4, 2022, in Randolph County, in the Northern District of West Virginia, defendant **STACY LYNN CAVE,** in connection with the acquisition of a firearm, that is a Radical Firearms model RF-15 .223 caliber rifle bearing serial number 2-038439, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is defendant **STACY LYNN CAVE** asserted on an ATF Form 4473 (Firearms Transaction Record) that she was the actual transferee/buyer of the firearm, when in truth and in fact, she purchased the firearm at the request of and for D S., a person known to the Grand Jury, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Stephen Warner
Assistant United States Attorney